

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

**FILE COPY**

**MICHAEL W. DOBBINS**
Clerk of Court

March 15, 2010

**Western District of South Dakota**
515 Ninth Street
Rapid City, SD 57701

OFFICE OF THE CLERK

**FILED**

MAR 1 8 2010

CLERK

Re: Ronald Jones
Case: 10 CR 168
Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

All documents filed prior to electronic filing are included in this transfer package.

Subsequent paper documents filed after 1/18/05 are also included:
There are no paper documents.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: Laura Springer
Deputy Clerk

COPY
ORIG. FILED

MAR 1 8 2010

JOSEPH HAAS
Clerk

CR 10-50015-01
USA v. Jones
jfh

**FILED**
3-23-10
MAR 2 3 2010

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**