168  MHN

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sandra Vheeh ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 3-23-10

1. Article Addressed to:

Western District of South Dakota
515 Ninth Street
Rapid City, SD 57701

District Ct

10 CR 168

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED MAR 26 2010 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7008 1830 0000 4138 2656

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
3-26-2010
MAR 26 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10 CR 168